IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

AIR TIGER EXPRESS (USA), INC.,    :

                                     :

      Plaintiff,               :

                                     : CASE NO. _____ FILED: APRIL 4 , 2008

v.                              :        08CV1945        TC

                                   : Hon. _____ JUDGE DARRAH

PAUL BARCLAY; and THE ORIGINAL    :        MAGISTRATE JUDGE ASHMAN
AUSTRALIAN, LLC,               :

                                    :

      Defendants.            :

### RULE 7.1 DISCLOSURE OF CORPORATE AFFILIATIONS
### BY DEFENDANT THE ORIGINAL AUSTRALIAN, LLC

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant The Original

Australian, LLC dba Warmbat Australia submits the following as its Corporate Disclosure

Statement:

1.      The Original Australian LLC is not a subsidiary of any corporation.

2.      There is no publicly held corporation that owns 10% or more of its stock**.**

                        Respectfully submitted,
                        The Original Australian, LLC

                        /s/ Marion B. Adler
                        Marion B. Adler
                        Rachlis Durham Duff & Adler, LLC
                        542 South Dearborn, Suite 900
                        Chicago, IL 60605
                        (312) 733-3957

OF COUNSEL:
Chad D. Cooper, Esq.
Christine M. McLaughlin, Esq.
Thompson Hine LLP
2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio  45401-8801
(937) 443-6909