IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AIR TIGER EXPRESS (USA), INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 C 1945 |
| vs. | ) | |
| | ) | District Judge Darrah |
| PAUL BARCLAY and | ) | |
| THE ORIGINAL AUSTRALIAN, LLC, | ) | Magistrate Judge Ashman |
| | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION TO EXTEND TIME
FOR DEFENDANTS TO ANSWER OR OTHERWISE PLEAD**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, the defendants Paul Barclay and The Original Australian, LLC request an extension of 14 days, until Wednesday, April 30, 2008 in which to file their answer or otherwise respond to the Complaint in this action. Counsel for the plaintiff has confirmed that it has no opposition to this motion. In further support of this motion, the defendants state as follows:

1.     This action was filed in the Circuit Court of Cook County, Illinois on March 4, 2008 and removed to this Court on April 4, 2008.

2.     The precise deadline for the defendants to answer is unclear under the applicable rules. Pursuant to the Illinois Civil Code, 735 ILCS § 5/2-213, in lieu of formally serving the summons and complaint, counsel for the plaintiff delivered those documents to defendants' counsel on March 5, 2008 with a request that the defendants waive formal service of process, which the defendants consented to do on March 27, 2008. The provisions of the Federal Rules that address the time for a defendant to answer in a removed action, Rule 81(c)(2), do not directly address that calculation when the defendant waives formal service of process. Pursuant

to Rule 81(c)(2)(B), because the date on which the defendants waived service was March 27, 2008, their answer arguably is due 20 days from that date – i.e., today, April 16, 2008.[1]

3.    Counsel for the defendant, Chad Cooper, spoke by telephone yesterday with plaintiff's counsel, David Seidman, who stated that he had no objection to extending the deadline for the defendants to answer of otherwise plead until April 30, 2008. (See Exhibit 1.)

4.    There will be no prejudice or delay from this extension. The case is in its earliest stages. Under the applicable state and federal provisions, if the case remained in state court or if the case had originated in federal court, the defendants would have been allowed 60 days, until May 5, 2008, in which to answer or otherwise plead because of their consent to waiver of formal service of process.    See 735 ILCS 5/2-213(c); Fed. R. Civ. Pro. 4(d)(3).    Under such circumstances, allowing them until April 30, 2008 to do so is appropriate and just.

---

[1] Rule 81(c)(2) allows the defendants the longest of the three alternative dates provided under subparts (A)-(C) of that rule. Under subpart (A), 20 days from actual receipt of the initial pleading would have been March 25, 2008 and 5 days from removal would have been April 11, 2008 (omitting intervening weekends as provided under Rule 6(a)).

WHEREFORE, the defendants Paul Barclay and The Original Australian, LLC request that this Court allow them until April 30, 2008 in which to answer or otherwise plead.

Respectfully submitted,

Paul Barclay and The Original Australian, LLC

 /s/ Marion B. Adler
Marion B. Adler
Rachlis Durham Duff & Adler, LLC
542 South Dearborn, Suite 900
Chicago, IL 60605
(312) 733-3957

Chad D. Cooper
Christine M. McLaughlin
Thompson Hine LLP
2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio  45401-8801
(937) 443-6909

Dated:  April 16, 2008

# EXHIBIT 1

# THOMPSON HINE

ATLANTA    CINCINNATI    COLUMBUS    NEW YORK
BRUSSELS    CLEVELAND    DAYTON    WASHINGTON, D.C.

April 15, 2008

**_VIA FACSIMILE_**

David Seidman, Esq.
Enterprise Law Group, LLP
70 W. Madison St.
Suite 740
Chicago, Illinois 60602

RE:  Air Tiger Express v. Barclay
     Cook County, Illinois Case No. 08 L 2416

Dear David:

Confirming our conversation this afternoon, we have stipulated that the response of Defendants, The Original Australian LLC dba Warmbat Australia and Paul Barclay, to the Complaint will be due for filing on or before April 30, 2008.  We will arrange to make an appropriate filing with the Court to confirm this agreement.

Thank you for your courtesies.

Very truly yours,

Chad D. Cooper

CDC/cem
c:    Marion B. Adler, Esq.

Chad.Cooper@ThompsonHine.com  Phone 937.443.6909  Fax 937.443.6830                    CMM 520966.2

THOMPSON HINE LLP            2000 Courthouse Plaza, N.E.    www.ThompsonHine.com
ATTORNEYS AT LAW             P.O. Box 8801                  Phone 937.443.6600
                            Dayton, Ohio 45401-8801        Fax 937.443.6635