IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AIR TIGER EXPRESS (USA), INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.    08 C 1945 |
| vs. | ) | |
| | ) | Honorable John W. Darrah |
| PAUL BARCLAY and | ) | |
| THE ORIGINAL AUSTRALIAN, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION AND**
**CERTIFICATE OF SERVICE**

To:   David Seidman
      Enterprise Law Group, LLP
      70 W. Madison Street, Suite 740
      Chicago, Illinois 60602
      david@enterpriselg.com

Please take notice that on Tuesday, April 22, 2008 at 9:00 a.m., or as soon thereafter as we can be heard, we shall present the attached Unopposed Motion to Extend Time for Defendants to Answer or Otherwise Plead to the Honorable John W. Darrah in Courtroom 1203 of the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois.

A copy of this notice and the motion to extend was served upon counsel for the plaintiff, listed above, on Wednesday, April 16, 2008 pursuant to the Court's electronic CM/ECF system.

                                          /s/ Marion B. Adler
                                          Marion B. Adler
                                          Rachlis Durham Duff & Adler, LLC
                                          542 South Dearborn, Suite 900
                                          Chicago, IL 60605
                                          Telephone:  (312) 733-3957

                                          Attorneys for Defendants