# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1945 | **DATE** | April 16, 2008 |
| **CASE TITLE** | Air Tiger Express, Inc. v. Barclay, et al. | | |

**DOCKET ENTRY TEXT:**

Defendants' Unopposed Motion to Extend Time to Answer or Otherwise Plead [10], [11] is granted. Responsive pleadings are to be file don or before April 30, 2008.

Docketing to mail notice.

| | Courtroom Deputy Initials: | mf |
|---|---|---|