IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AIR TIGER EXPRESS (USA), INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.     08 C 1945 |
| vs. ) | |
| ) | District Judge John W. Darrah |
| PAUL BARCLAY and ) | |
| THE ORIGINAL AUSTRALIAN, LLC, ) | Magistrate Judge Martin C. Ashman |
| ) | |
| Defendants. ) | |

**NOTICE OF FILING AND**
**CERTIFICATE OF SERVICE**

To:   David Seidman
      Enterprise Law Group, LLP
      70 W. Madison Street
      Suite 740
      Chicago, Illinois 60602

Please take notice that on Wednesday, April 30, 2008 we filed the following documents with the Clerk of the Court for the U.S. District Court for the Northern District of Illinois: (a) the Answer and Affirmative Defenses of The Original Australian, LLC to Count I of the Complaint; and (b) the Counterclaim of The Original Australian, LLC.

This notice, the Answer and Affirmative Defenses, and the Counterclaim were served electronically upon counsel for the plaintiff, as listed above, on Wednesday, April 30, 2008, pursuant to the Court's CM/ECF system.

  /s/ Marion B. Adler
Marion B. Adler
Rachlis Durham Duff & Adler, LLC
542 South Dearborn, Suite 900
Chicago, IL 60605
(312) 733-3957

*Attorneys for Defendants*