IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **AIR TIGER EXPRESS (USA), INC.,** | : | CASE NO. 08 CV 1945 |
| | : | |
| Plaintiff, | : | Judge John W. Darrah |
| | : | |
| v. | : | Magistrate Judge Martin C. Ashman |
| | : | |
| **PAUL BARCLAY; and THE ORIGINAL AUSTRALIAN, LLC,** | : : | |
| | : | |
| Defendants. | : | |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, the Defendants, Paul Barclay and The Original Australian, LLC, move to dismiss Counts II through IV of the Complaint for failure to state a claim upon which relief may be granted. In support of this motion, Paul Barclay and The Original Australian, LLC submit the accompanying brief.

WHEREFORE, the Defendants, Paul Barclay and The Original Australian, LLC, request that this Court enter an order dismissing Complaint Counts II- IV for failure to state a claim.

    Respectfully submitted,
    Paul Barclay and The Original Australian, LLC

     /s/ Marion B. Adler
    Marion B. Adler
    RACHLIS DURHAM DUFF & ADLER, LLC
    542 South Dearborn, Suite 900
    Chicago, IL 60605
    (312) 733-3957

    Chad D. Cooper
    Christine M. McLaughlin
    THOMPSON HINE LLP
    2000 Courthouse Plaza, N.E.
    P.O. Box 8801
    Dayton, Ohio 45401-8801
    (937) 443-6909

Dated: April 30, 2008