IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AIR TIGER EXPRESS (USA), INC., )<br>)<br>  Plaintiff, )<br>) | No.     08 C 1945 |
| vs. )<br>) | Honorable John W. Darrah |
| PAUL BARCLAY and )<br>THE ORIGINAL AUSTRALIAN, LLC, )<br>)<br>  Defendants. ) | |

**NOTICE OF MOTION AND**
**CERTIFICATE OF SERVICE**

To:   David Seidman
      Enterprise Law Group, LLP
      70 W. Madison Street, Suite 740
      Chicago, Illinois 60602
      david@enterpriselg.com

Please take notice that on Wednesday, May 7, 2008 at 9:00 a.m., or as soon thereafter as we can be heard, we shall present the Defendants' Motion to Dismiss Counts II-IV of Complaint to the Honorable John W. Darrah in Courtroom 1203 of the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois.

This notice, the motion, and the supporting brief were served upon counsel for the plaintiff, listed above, on Wednesday, April 30, 2008 pursuant to the Court's electronic CM/ECF system.

                                          /s/ Marion B. Adler
                                         Marion B. Adler
                                         Rachlis Durham Duff & Adler, LLC
                                         542 South Dearborn, Suite 900
                                         Chicago, IL 60605
                                         (312) 733-3957

                                         *Attorneys for Defendants*