# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1945 | **DATE** | 5/7/2008 |
| **CASE TITLE** | Air Tiger Express vs. Barclay | | |

**DOCKET ENTRY TEXT**

Defendants' motion to dismiss [17] is entered and briefed as follows: response by 6/4/08, reply by 6/18/08. Status hearing set for 6/11/08 is vacated and re-set to 7/24/08 at 9:00 a.m.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|