IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERBN DIVISION

| | |
|---|---|
| AIR TIGER EXPRESS (USA), INC., a corporation of Delaware | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 08 C 1945<br>) The Hon. Judge Darrah<br>) The Hon. Mag. Judge Ashman |
| PAUL BARCLAY; and THE ORIGINAL AUSTRALIAN, LLC, an Ohio limited liability company; | )<br>)<br>)<br>) |
| Defendants. | ) |

## UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD FOR COUNTER-DEFENDANT AIR TIGER EXPRESS (USA), INC.

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff/Counter-Defendant Air Tiger Express (USA), Inc. requests an extension of time to answer or otherwise plead in response to Defendant/Counter-plaintiff's The Original Australian, LLC's counterclaim until June 4, 2008. Plaintiff/Counter-Defendant Air Tiger Express (USA) Inc.'s response to Defendants' motion to dismiss will also be filed on June 4, 2008 per the Court's order of May 7, 2008.

Counsel for The Original Australian, LLC, who are also serving as counsel for Defendant Paul Barclay, confirmed that they have no objection to this motion. Further, the purpose of this motion is not to delay these proceedings and no party would be delayed by the extension requested in this case. Rather, this extension is sought to ensure that Plaintiff/Counter-Defendant Air Tiger Express (USA), Inc. can adequately respond to the counterclaim filed in this case.

WHEREFORE, Plaintiff/Counter-Defendant Air Tiger Express requests that this Court allow it until June 4, 2008 in which to answer or otherwise plead in response to the counterclaim filed by Defendant/Counter-plaintiff's The Original Australian, LLC.

Respectfully submitted,

AIR TIGER EXPRESS (USA), INC.

By: /s/ David Seidman

David Seidman
ENTERPRISE LAW GROUP, LLP
70 W. Madison St., Suite 740
Chicago, Illinois 60602
312-578-0200
312-578-0202 (fax)
Firm ID 40994

Dated: May 22, 2008