IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERBN DIVISION

| | |
|---|---|
| AIR TIGER EXPRESS (USA), INC., ) <br> a corporation of Delaware ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PAUL BARCLAY; and THE ORIGINAL ) <br> AUSTRALIAN, LLC, an Ohio limited ) <br> liability company; ) <br> ) <br> Defendants. ) | No. 08 C 1945 <br> The Hon. Judge Darrah <br> The Hon. Mag. Judge Ashman |

## NOTICE OF MOTION AND CERTIFICATE OF SERVICE

Please take notice that on Wednesday, May 29, 2008 at 9:00 am, or as soon thereafter as we can be heard, we shall present the attached UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD FOR COUNTER-DEFENDANT AIR TIGER EXPRESS (USA), INC. to the Honorable John W. Darrah in Courtroom 1203 of the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois.

A copy of this notice and the motion to extend was served upon counsel for Defendants and Counter-Defendant on May 22, 2008 pursuant to the Court's Electronic

CM/ECF system

        Respectfully submitted,

        AIR TIGER EXPRESS (USA), INC.


        By: /s/ David Seidman

        David Seidman
        ENTERPRISE LAW GROUP, LLP
        70 W. Madison St., Suite 740
        Chicago, Illinois 60602
        312-578-0200
        312-578-0202 (fax)
        Firm ID 40994

Dated: May 22, 2008