# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1945 | **DATE** | May 27, 2008 |
| **CASE TITLE** | Air Tiger Express, Inc. v. Barclay, et al. | | |

**DOCKET ENTRY TEXT:**

Unopposed Motion to Extend Time to Answer or Otherwise Plead for Counter-Defendant Air Tiger Express [22], [23] is granted. Counter-Defendant's responsive pleading is to be filed on or before June 4, 2008.

Docketing to mail notice.

| | Courtroom Deputy Initials: | mf |
|---|---|---|