IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERBN DIVISION

| | |
|---|---|
| AIR TIGER EXPRESS (USA), INC., ) <br> a corporation of Delaware ) <br>  ) <br> Plaintiff, ) <br>  ) <br> v. ) <br>  ) <br> PAUL BARCLAY; and THE ORIGINAL ) <br> AUSTRALIAN, LLC, an Ohio limited ) <br> liability company; ) <br>  ) <br> Defendants. ) | No. 08 C 1945 <br> The Hon. Judge Darrah <br> The Hon. Mag. Judge Ashman |

### NOTICE OF FILING

PLEASE TAKE NOTICE that on June 4, 2008, **AIR TIGER EXPRESS (USA) INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO COUNTERCLAIMS and PLAINTIFF AIR TIGER EXPRESS' RESPONSE TO DEFENDANTS THE ORIGINAL AUSTRALIAN'S AND BARCLAY'S MOTION TO DISMISS COUNTS II, III, AND IV PURSUANT TO RULE 12(B)(6)** were filed with the Clerk of Court using the CM/ECF system, which will send notification of this filing electronically to the attorneys of record in this case.

Respectfully submitted,

AIR TIGER EXPRESS (USA), INC.


By: /s/ David Seidman

David Seidman
ENTERPRISE LAW GROUP, LLP
70 W. Madison St., Suite 740
Chicago, Illinois 60602
312-578-0200
312-578-0202 (fax)
Firm ID 40994

Dated: June 4, 2008