IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AIR TIGER EXPRESS (USA), INC., ) | |
| ) | |
|    Plaintiff/ Counterdefendant, ) | |
| ) | No.    08 C 1945 |
| vs. ) | |
| ) | District Judge John W. Darrah |
| PAUL BARCLAY and ) | |
| THE ORIGINAL AUSTRALIAN, LLC, ) | Magistrate Judge Martin C. Ashman |
| ) | |
|    Defendants/ Counterclaimants. ) | |

**NOTICE OF FILING AND**
**CERTIFICATE OF SERVICE**

To:   David Seidman
      Enterprise Law Group, LLP
      70 W. Madison Street
      Suite 740
      Chicago, Illinois 60602

Please take notice that on Wednesday, June 18, 2008 we filed the Defendants' Reply in Support of Motion to Dismiss Complaint Counts II-IV with the Clerk of the Court for the U.S. District Court for the Northern District of Illinois.

This notice and the reply brief were served electronically upon counsel for the plaintiff, as listed above, on Wednesday, June 18, 2008, pursuant to the Court's CM/ECF system.

                                                   /s/ Marion B. Adler
                                                 Marion B. Adler
                                                 Rachlis Durham Duff & Adler, LLC
                                                 542 South Dearborn, Suite 900
                                                 Chicago, IL 60605
                                                 (312) 733-3957

                                                 *Attorneys for Defendants/ Counterclaimants*