Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 1945 | DATE | 6/26/2008 |
| CASE TITLE | Air Tiger Express (USA), Inc. vs. Paul Barclay | | |

**DOCKET ENTRY TEXT**

For the reasons stated in the attached memorandum opinion and order, defendants' motion to dismiss [17] is granted as to count II and denied as to count III and IV. Enter Memorandum Opinion and Order. Status hearing set for 7/24/08 is re-set to 9/9/08 at 9:00 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | MF |
|---|---|---|